IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY E. KORNAFEL, <br> Plaintiff, | : <br> : <br> : | |
| v. | : | CIVIL ACTION NO. 19-CV-2292 |
| U.S. POSTAL SERVICE, *et al.*, <br> Defendants. | : <br> : <br> : | |

**ORDER**

AND NOW, this 31st day of June, 2019, upon consideration of Plaintiff Stanley E. Kornafel's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and malicious for the reasons stated in the accompanying Memorandum.

4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

C. DARNELL JONES, II, J.

FILED
JUN 3 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk