# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY E. KORNAFEL, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-2292 |
| | : | |
| U.S. POSTAL SERVICE, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 26th day of May, 2020, upon consideration of Plaintiff Stanley E. Kornafel's "Complaint" (ECF No. 12), which the Court has construed as a Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b), it is **ORDERED** that the Motion is **DENIED.**

                                            **BY THE COURT:**

                                            ***/s/* C. Darnell Jones, II**
                                            **C. Darnell Jones, II   J.**